John HUNDHAUSEN,
Petitioner/Appellant,

v.

Donna HUNDHAUSEN,
Respondent/Respondent.

No. 69053.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 21, 1997.

Charles P. Todt, St. Louis, for Petitioner/Appellant.

Allan H. Zerman, Mary E. Norton, Clayton, for Respondent/Respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

In this dissolution action, husband raises five points on appeal. He challenges the division of property, the amount of income imputed to him, the order to pay 100% of the children's college costs, the award of maintenance to wife, and the award of attorney fees.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Rosolino GILIBERTI,
Employee/Appellant,

v.

BECHTEL CORP., et al.,
Employers/Respondents.

No. 70049.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 21, 1997.

Harry J. Nichols, St. Louis, for Employee/Appellant.

George T. Floros, Gilbert Conner, St. Louis, for Employer/Respondent.

Before AHRENS, C.J., and CRANDALL and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Claimant, Rosolino Giliberti, appeals from the judgment of the circuit court affirming decisions by the Labor and Industrial Relations Commission. Claimant appeals to the circuit court because his claims arose prior to August 13, 1980. § 287.490 RSMo 1994.

The decisions by the Labor and Industrial Relations Commission are supported by competent and substantial evidence on the whole record. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b). [1]

---

1. In its brief, employer, Bechtel Corporation, requests damages for frivolous appeal pursuant to Rule 84.19. The preferred procedure for requesting damages for frivolous appeal is by separate motion. *Dale v. Hardy,* 835 S.W.2d 444, 447 (Mo.App.1992). However, Rule 84.19 grants this court authority to address the issue, regardless of the manner in which it is raised. *Id.* The request for damages is denied.